*United States District Court*

FILED
MAY 15 PM 4:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: SAN FRANCISCO

CR 07 0298 CRB

---

UNITED STATES OF AMERICA

v.

FAWZI MAHMOUD SWALIM

DEFENDANT.

---

**INDICTMENT**

---

A TRUE BILL.

FOREMAN

Filed in open court this 15TH Day of May, 2007

Clerk

Bail, $ Summons

AO 257 (Rev. 6/78)

C07-298CRB

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

26 USC § 7206(1) - 3 counts -
False Retrun

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-Filing

**PENALTY:**
26 USC § 7206(1) - 3 yrs imprisonment; $250,000 fine;
1 yr - supervised release; $100 Special Assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 MAY 15 PM 4:08

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
▶ FAWZI MAHMOUD SWALIM

**DISTRICT COURT NUMBER**
CR 07 0298

**CRB**

**PROCEEDING**
Name of Complainant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  DAVID L. DENIER, AUSA, TAX DIV.

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges  ▶

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☑ Arraignment  ☐ Initial Appearance
Defendant Address:
985 Girard Street
San Francisco, CA 94134

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: Contact IRS Special Agent George Britton re service of Summons (415) 522-6003

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

**FILED**

07 MAY 15 PM 4:08

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-0298 CRB |
| Plaintiff, | Criminal No. CR- |
| v. | |
| FAWZI MAHMOUD SWALIM, | VIOLATIONS: 26 U.S.C. § 7206(1) - Making and Subscribing False Returns |
| Defendant. | SAN FRANCISCO VENUE |

### INDICTMENT

The Grand Jury charges:

<u>COUNT ONE:</u> (26 U.S.C. § 7206(1) - Making and Subscribing False Tax Return, 2000 Tax Year)

On or about May 21, 2001, in the Northern District of California, the defendant

FAWZI MAHMOUD SWALIM,

then a resident of San Francisco, California, did willfully make and subscribe an U.S. Individual Income Tax Return, Form 1040, for the calendar year 2000, which was filed with the Internal Revenue Service and verified by the defendant in a written declaration that it was made under the penalties of perjury, which said income tax return he did not believe to be true and correct as to every material matter in that said return reported, on line 1 of Schedule C, gross receipts and sales in the amount of $346,641 from the defendant's retail grocery business, when, in fact, as the

INDICTMENT                                1

1 | defendant well knew and believed, the gross receipts and sales from his retail grocery business
2 | for the calendar year 2000 were greater than the amount reported.
3 | All in violation of Title 26, United States Code, Section 7206(1).
4 | COUNT TWO: (26 U.S.C. § 7206(1) - Making and Subscribing False Tax Return, 2001 Tax
5 | Year)
6 | On or about April 24, 2002, in the Northern District of California, the defendant
7 | FAWZI MAHMOUD SWALIM,
8 | then a resident of San Francisco, California, did willfully make and subscribe an U.S. Individual
9 | Income Tax Return, Form 1040, for the calendar year 2001, which was filed with the Internal
10 | Revenue Service and verified by the defendant in a written declaration that it was made under the
11 | penalties of perjury, which said income tax return he did not believe to be true and correct as to
12 | every material matter in that said return reported, on line 1 of Schedule C, gross receipts and
13 | sales in the amount of $372,612 from the defendant's retail grocery business, when, in fact, as the
14 | defendant well knew and believed, the gross receipts and sales from his retail grocery business
15 | for the calendar year 2001 were greater than the amount reported.
16 | All in violation of Title 26, United States Code, Section 7206(1).
17 | COUNT THREE: (26 U.S.C. § 7206(1) - Making and Subscribing False Tax Return, 2002 Tax
18 | Year)
19 | On or about July 17, 2003, in the Northern District of California, the defendant
20 | FAWZI MAHMOUD SWALIM,
21 | then a resident of San Francisco, California, did willfully make and subscribe an U.S. Individual
22 | Income Tax Return, Form 1040, for the calendar year 2002, which was filed with the Internal
23 | Revenue Service and verified by the defendant in a written declaration that it was made under the
24 | penalties of perjury, which said income tax return he did not believe to be true and correct as to
25 | every material matter in that said return reported, on line 1 of Schedule C, gross receipts and
26 | sales in the amount of $329,979 from the defendant's retail grocery business, when, in fact, as the
27 | defendant well knew and believed, the gross receipts and sales from his retail grocery business
28 | for the calendar year 2002 were greater than the amount reported.

INDICTMENT                                         2

All in violation of Title 26, United States Code, Section 7206(1).

A True Bill

Dated: May 15, 2007

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
MARK KROTOSKI
Chief, Criminal Section

Approved as to Form

AUSA: _____
AUSA DENIER

INDICTMENT                                3