| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Wings Hom | REPORTER/TAPE NO.<br>FTR 9:46-9:48 | | |
|---|---|---|---|---|
| MAGISTRATE JUDGE<br>JAMES LARSON | DATE<br>July 23, 2007 | □ NEW CASE | | CASE NUMBER<br>CR07-0298 CRB |

FILED
2007 JUL 23 AM 10:47
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA

APPEARANCES

| DEFENDANT<br>Fawzi Mahmoud Swalim | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>M. Stepnanian for R.S. Pollock | □ PD.<br>□ APPT.<br>☒ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>David Dernier | INTERPRETER | | | FIN. AFFIDAVIT SUBMITTED □<br>DEFENDANT ELIGIBLE FOR<br>APPOINTED COUNSEL □<br>COUNSEL APPOINTED □<br>PARTIAL PAYMENT OF CJA<br>FEES ORDERED □ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | | | |

PROCEEDINGS SCHEDULED TO OCCUR

| □ INITIAL APPEARANCE | □ PRELIMINARY HEARING | □ MOTION | □ JUDGMENT & SENTENCING | □ STATUS |
|---|---|---|---|---|
| ☒ I.D. COUNSEL | ☒ ARRAIGNMENT | □ BOND POSTING/SIGNING | □ IA ON PETITION TO REVOKE PROB. | □ TRIAL |
| □ DETENTION HEARING | □ REMOVAL HEARING | □ CHANGE OF PLEA | □ PROB. REVOC. OR SUPV. REL. HRG. | □ OTHER |

INITIAL APPEARANCE

| □ ADVISED OF RIGHTS | □ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ | TRUE NAME: |
|---|---|---|---|---|

ARRAIGNMENT

| □ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE STATED | □ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

RELEASE

| □ RELEASED ON O/R | □ ISSUED APPEARANCE BOND | ➤ AMOUNT OF SECURITY | AMOUNT RECEIVED<br>$ | □ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY POSTED/TO BE POSTED | | REAL PROPERTY: | |
|---|---|---|---|
| □ CASH | □ CORPORATE SECURITY | □ | |

| □ MOTION FOR DETENTION | □ PRETRIAL SERVICES REPORT ORDERED | □ DETAINED | □ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | □ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF                            OTHER:

PLEA

| □ CONSENT ENTERED | ☒ NOT GUILTY | □ GUILTY | □ | GUILTY TO COUNTS: |
|---|---|---|---|---|
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | □ | OTHER: |

CONTINUANCE

| TO: 8-1-07 | □ I.D. COUNSEL | □ BOND POSTING/SIGNING | □ STATUS RE: CONSENT | □ JURY TRIAL |
|---|---|---|---|---|
| AT: 2:15 p.m. | □ FINAN. AFFIDAVIT SUBMITTED | □ PRELIMINARY HEARING OR ARRAIGNMENT | □ PLEA | □ BOND HEARING |
| BEFORE HON.<br>CRB | □ DETENTION HEARING | | ☒ TO HEAR MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | Counsel to submit order | □ IDENTITY/REMOVAL HEARING | □ PRETRIAL CONFERENCE | □ PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☒ TRIAL SETTING | □ COURT TRIAL | □ STATUS |

ADDITIONAL PROCEEDINGS

COPIES SENT TO: Venice, Barbara                                         DOCUMENT NUMBER: