```
 1  SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney
 2  MARK L. KROTOSKI (CASBN 138549)
    Chief, Criminal Division
 3  DAVID L. DENIER (CSBN 95024)
    Assistant United States Attorney
 4   9th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
 5   San Francisco, CA 94102
     Telephone:  (415) 436-6888
 6   Fax:        (415) 436-6748
```

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-07-0298-CRB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER RE EXCLUSION OF TIME |
| FAWZI MAHMOUD SWALIM, ) | UNDER SPEEDY TRIAL ACT |
| Defendant. ) | |

This matter came on for identification of counsel and arraignment on July 23, 2007. The parties, through their counsel of record, hereby stipulate and agree that the period of time from July 23, 2007 to August 1, 2007 shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and B(iv) to allow the defendant and his counsel reasonable time necessary for effective preparation of the defenses, taking into account the exercise of due diligence.

SCOTT N. SCHOOLS
United States Attorney

Dated: July 27, 2007        /s/ David L. Denier
                            DAVID L. DENIER
                            Assistant United States Attorney
                            Tax Division
                            Attorneys for United States of America

1

2

3  Dated: July 26, 2007                    /s/ Randy Sue Pollack
                                           RANDY SUE POLLACK
                                           Attorney for Defendant
4                                              Fawzi Mahmoud Swalim

5

6                                       ORDER

7       This Court agrees and finds that the ends of justice served by excluding time from July

8  23, 2007 to August 1, 2007, outweigh the best interests of the public and the defendant in a

9  speedy trial, because the defendant and his counsel are entitled to a reasonable time necessary for

10 effective preparation of the defenses.

11      IT IS SO ORDERED.

12

13 Dated: _____                   _____
                                           JAMES LARSON
14                                         United States Magistrate District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip & Order Re Excl. Of Time Under Speedy
Trial Act (No. CR-07-0298-CRB)            2