1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
3  DAVID L. DENIER (CSBN 95024)
   Assistant United States Attorney
4   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
5   San Francisco, CA 94102
    Telephone:   (415) 436-6888
6   Fax:         (415) 436-6748

7  Attorneys for United States of America

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,          )   NO. CR-07-0298-CRB
                                      )
12              Plaintiff,             )
                                      )
13      v.                             )   STIPULATION AND ORDER
                                      )   RE EXCLUSION OF TIME
14 FAWZI MAHMOUD SWALIM,              )   UNDER SPEEDY TRIAL ACT
                                      )
15              Defendant.             )
   _____)
16

17      This matter came on for identification of counsel and arraignment on July 23, 2007. The

18 parties, through their counsel of record, hereby stipulate and agree that the period of time from

19 July 23, 2007 to August 1, 2007 shall be excluded under the Speedy Trial Act pursuant to 18

20 U.S.C. §§ 3161(h)(8)(A) and B(iv) to allow the defendant and his counsel reasonable time

21 necessary for effective preparation of the defenses, taking into account the exercise of due

22 diligence.

23                                          SCOTT N. SCHOOLS
                                            United States Attorney
24

25 Dated: July 27, 2007                     /s/ David L. Denier
                                            DAVID L. DENIER
26                                          Assistant United States Attorney
                                            Tax Division
27                                          Attorneys for United States of America

28

Dated: July 26, 2007

/s/ Randy Sue Pollack
RANDY SUE POLLACK
Attorney for Defendant
Fawzi Mahmoud Swalim

ORDER

This Court agrees and finds that the ends of justice served by excluding time from July 23, 2007 to August 1, 2007, outweigh the best interests of the public and the defendant in a speedy trial, because the defendant and his counsel are entitled to a reasonable time necessary for effective preparation of the defenses.

IT IS SO ORDERED.

Dated: July 30, 2007

_____
District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Stip & Order Re Excl. Of Time Under Speedy
Trial Act (No. CR-07-0298-CRB)                    2