| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **August 01, 2007**

Reporter**: Sylvia Russo**

| | |
|---|---|
| **Case No: CR-07-0298-CRB** | **DEFT:**   **FAWZI MAHMOUD SWALIM**<br>              (X)Present |
| AUSA:  David Denier | DEF ATTY: Randy Pollock |

**REASON FOR HEARING**    Status Conference

**RESULT**   Held.  Time excluded from 8/01/2007 to 10/09/2007

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** October 09, 2007 @ 2:15 p.m.   **for** Status Conference

**JUDGMENT**

Notes: