RANDY SUE POLLOCK
Attorney at Law (CSBN 64473)
2831 Telegraph Avenue
Oakland, CA 94609
San Francisco, CA 94109
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
FAWZI MAHMOUD SWALIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FAWZI MAHMOUD SWALIM,

    Defendant.

_____/

CR. 07-0298-CRB

**STIPULATION TO CONTINUE STATUS CONFERENCE**

    Defendant FAWZI MAHMOUD SWALIM by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney David Denier hereby stipulate and agree that the status conference presently set for Tuesday, October 9, 2007, at 2:15 be continued until Wednesday, November 14, 2007, at 2:15 p.m.

    Defense counsel recently received the discovery in this case and additional time is needed in order to review it and then to discuss the case with the government.

///
///
///
///

1  The time period from October 9, 2007 to November 14, 2007 would be deemed
2  excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice
3  served by granting a continuance outweigh the best interests of the public and of the
4  defendant in a speedy trial.  Additionally, pursuant to 18 U.S.C. Section
5  3161(h)(8)(B)(ii), given the nature of the prosecution and the volume of tax documents to
6  review, it is unreasonable to expect adequate preparation for pretrial proceedings within
7  the time limits established by the Speedy Trial Acts.

8

9  Date:   October 4, 2007                    /s/ Randy Sue Pollock
                                               RANDY SUE POLLOCK
10                                             Counsel for Defendant
                                               Fawzi Mahmoud Swalim
11

12 Date:   October 4, 2007                    /s/ David Denier
                                               DAVID DENIER
13                                             Assistant United States Attorney

14

15 SO ORDERED:

16 October___, 2007                           _____
                                               CHARLES R. BREYER
17                                             United States District Court Judge

18
19
20
21
22
23
24
25
26
27
28