```
RANDY SUE POLLOCK
Attorney at Law (CSBN 64473)
2831 Telegraph Avenue
Oakland, CA 94609
San Francisco, CA 94109
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorney for Defendant
FAWZI MAHMOUD SWALIM
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FAWZI MAHMOUD SWALIM,<br><br>    Defendant.<br>_____/ | CR. 07-0298-CRB<br><br>**STIPULATION TO CONTINUE<br>STATUS CONFERENCE** |

    Defendant FAWZI MAHMOUD SWALIM by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney David Denier hereby stipulate and agree that the status conference presently set for Wednesday, November 28, 2007, at 2:15 p.m. be continued until December 19, 2007 at 2:15 p.m.

    Defense counsel needs additional time to review the voluminous income tax records and to meet and confer with both Mr. Swalim s tax attorney, Robert Goldstein, as well as with the Assistant United State Attorney.

///

///

///

1   The time period from November 28, 2007 to December 19, 2007 would be deemed
2   excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice
3   served by granting a continuance outweigh the best interests of the public and of the
4   defendant in a speedy trial. Additionally, pursuant to 18 U.S.C. Section
5   3161(h)(8)(B)(ii), given the nature of the prosecution and the volume of tax documents to
6   review, it is unreasonable to expect adequate preparation for pretrial proceedings within
7   the time limits established by the Speedy Trial Acts.

9   Date: November 21, 2007          /s/ Randy Sue Pollock
                                     RANDY SUE POLLOCK
10                                   Counsel for Defendant
                                     Fawzi Mahmoud Swalim

12  Date: November 21, 2007          /s/ David Denier
                                     DAVID DENIER
13                                   Assistant United States Attorney

15  SO ORDERED:
16  November___, 2007
                                     _____
17                                   CHARLES R. BREYER
                                     United States District Court Judge