1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64473)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  San Francisco, CA 94109
   Telephone: (510) 763-9967
4  Facsimile:  (510) 272-0711

5  Attorney for Defendant
   FAWZI MAHMOUD SWALIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

UNITED STATES OF AMERICA,

      Plaintiff,

CR.  07-0298-CRB

vs.

**STIPULATION TO CONTINUE
STATUS CONFERENCE**

FAWZI MAHMOUD SWALIM,

      Defendant.
                                               /

    Defendant FAWZI MAHMOUD SWALIM  by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney David Denier hereby stipulate and agree that the status conference presently set for Wednesday, November 28, 2007, at 2:15 p.m. be continued until December 19, 2007 at 2:15 p.m.

    Defense counsel needs additional time to review the voluminous income tax records and to meet and confer with both Mr. Swalim s tax attorney, Robert Goldstein, as well as with the Assistant United State Attorney.

///

///

///

The time period from November 28, 2007 to December 19, 2007 would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial. Additionally, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii), given the nature of the prosecution and the volume of tax documents to review, it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits established by the Speedy Trial Acts.

Date:  November 21, 2007          /s/ Randy Sue Pollock
                                  RANDY SUE POLLOCK
                                  Counsel for Defendant
                                  Fawzi Mahmoud Swalim

Date:   November 21, 2007         /s/ David Denier
                                  DAVID DENIER
                                  Assistant United States Attorney

SO ORDERED:

November 26, 2007



CHARLES R. BREYER
United States District Judge