| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **December 19, 2007**

Reporter**: James Yeomans**

| | |
|---|---|
| **Case No:** CR-07-0298-CRB | **DEFT:** FAWZI SWALIM<br>(X)Present |
| AUSA: Tom Newman | DEF ATTY: Randy Pollock |

**REASON FOR HEARING** Status Conference

**RESULT** matter set for trial; time excluded for preparation of counsel from

12/19/2007 to 5/12/2008

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** May 6, 2008 @ 2:30 p.m.   **for** Pre Trial Conference
**Case Continued to** May 12, 2008 @ 8:30 a.m.   **for** Jury Trial

**JUDGMENT** _____

Notes: _____