1  SCOTT N. SCHOOLS
   United States Attorney
2  BRIAN STRETCH
   Chief, Criminal Division
3  THOMAS M. NEWMAN (CTBN 422187)
   Assistant United States Attorney
4   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
5   San Francisco, CA 94102
    Telephone:  (415) 436-6805
6   Fax:        (415) 436-6748

7  Attorneys for United States of America

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                     NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,        )   NO.  CR-07-0298-CRB
                                    )
12            Plaintiff,             )
                                    )
13       v.                          )   STIPULATION AND ORDER
                                    )   RE EXCLUSION OF TIME
14 FAWZI MAHMOUD SWALIM,            )   UNDER SPEEDY TRIAL ACT
                                    )
15            Defendant.             )
   _____)
16
         This matter came on for status hearing on December 19, 2007, and was subsequently set
17
   for trial on May 12, 2008.  The parties, through their counsel of record, hereby stipulate and
18
   agree that the period of time from December 19, 2007 to May 12, 2008, the date the Court has
19
   set this matter for trial, shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§
20
   3161(h)(8)(A) and (B)(ii) to allow the defendant and his counsel reasonable time to review the
21
   voluminous tax records, and time to confer with his tax counsel prior to the preparation of this
22
   matter for trial.
23

24

25

26

27

28

1
2   The time period from December 19, 2007 through May 12, 2008 would be deemed
3   excludable pursuant to 18 U.S.C. § 3161(h)(8)(A), given that the ends of justice is served by
4   allowing the defendant additional time to prepare this matter for trial outweigh the best interests
5   of the public and of the defendant in a speedy trial.  Additionally, pursuant to 18 U.S.C.
6   § 3161(h)(8)(B)(ii), given the nature of the prosecution and the volume of the tax documents to
7   review, it is unreasonable to expect adequate trial preparation within the time limits established
8   by the Speedy Trial Act.

9
10                                            SCOTT N. SCHOOLS
                                              United States Attorney
11
12  Dated: December 27, 2007          /s/ Thomas M. Newman
                                      THOMAS M. NEWMAN
                                      Assistant United States Attorney
13                                    Tax Division
                                      Attorneys for United States of America
14

15
16  Dated: December 27, 2007          /s/ Randy Sue Pollock
                                      RANDY SUE POLLOCK
17                                    Attorney for Defendant
                                      Fawzi Mahmoud Swalim
18
19
20
21
22
23
24
25
26
27
28

## ORDER

This Court agrees and finds the ends of justice served by excluding time from December 19, 2007 to May 12, 2008, outweigh the best interests of the public and the defendant in a speedy trial, because the defendant and his counsel are entitled to a reasonable time necessary for effective preparation of the defenses.

IT IS SO ORDERED.

Dated: December __, 2007

_____
CHARLES R. BREYER
United States District Court Judge