SCOTT N. SCHOOLS
United States Attorney
BRIAN STRETCH
Chief, Criminal Division
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:   (415) 436-6805
 Fax:         (415) 436-6748

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-07-0298-CRB |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | RE EXCLUSION OF TIME |
| FAWZI MAHMOUD SWALIM, | ) | UNDER SPEEDY TRIAL ACT |
| Defendant. | ) | |

      This matter came on for status hearing on December 19, 2007, and was subsequently set for trial on May 12, 2008. The parties, through their counsel of record, hereby stipulate and agree that the period of time from December 19, 2007 to May 12, 2008, the date the Court has set this matter for trial, shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii) to allow the defendant and his counsel reasonable time to review the voluminous tax records, and time to confer with his tax counsel prior to the preparation of this matter for trial.

The time period from December 19, 2007 through May 12, 2008 would be deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A), given that the ends of justice is served by allowing the defendant additional time to prepare this matter for trial outweigh the best interests of the public and of the defendant in a speedy trial. Additionally, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), given the nature of the prosecution and the volume of the tax documents to review, it is unreasonable to expect adequate trial preparation within the time limits established by the Speedy Trial Act.

SCOTT N. SCHOOLS
United States Attorney

Dated: December 27, 2007        /s/ Thomas M. Newman
                                THOMAS M. NEWMAN
                                Assistant United States Attorney
                                Tax Division
                                Attorneys for United States of America

Dated: December 27, 2007        /s/ Randy Sue Pollock
                                RANDY SUE POLLOCK
                                Attorney for Defendant
                                Fawzi Mahmoud Swalim

1
2
3  ORDER

This Court agrees and finds the ends of justice served by excluding time from December 19, 2007 to May 12, 2008, outweigh the best interests of the public and the defendant in a speedy trial, because the defendant and his counsel are entitled to a reasonable time necessary for effective preparation of the defenses.

IT IS SO ORDERED.

Dated: December 28, 2007



_____
CHARLES R. BREYER
United States District Judge

Stip & Order Re Excl. Of Time Under Speedy
Trial Act (No. CR-07-0298-CRB)                3