IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No.  CR-07-0298-CRB |
| Plaintiff, ) | |
| ) | VERDICT FORM |
| v. ) | |
| ) | |
| FAWZI MAHMOUD SWALIM, ) | |
| ) | |
| Defendant. ) | |

We, the jury, being first duly sworn, hereby unanimously find the defendant Fawzi Mahmoud Swalim:

## COUNT ONE

As to Count One of the Indictment (Making and Subscribing False Tax Return for the 2000 calendar year in violation of Title 26 United States Code, Section 7206(1)).

_____
Guilty or Not Guilty

## COUNT TWO

As to Count Two of the Indictment (Making and Subscribing False Tax Return for the 2001 calendar year in violation of Title 26 United States Code, Section 7206(1)).

_____
Guilty or Not Guilty

Verdict Form For Fawzi Mahmoud Swalim
(No. CR-07-0298-CRB)                         1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>COUNT THREE</u>

As to Count Three of the Indictment (Making and Subscribing False Tax Return for the 2002 calendar year in violation of Title 26 United States Code, Section 7206(1)).

_____
Guilty or Not Guilty

_____
FOREPERSON