1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  BRIAN STRETCH
   Chief, Criminal Division
3  THOMAS M. NEWMAN (CTSBN 422187)
   Assistant United States Attorney
4   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
5   San Francisco, California 94102
    Telephone:    (415) 436-6805
6   Fax:          (415) 436-6748

7  Attorneys for the United States of America

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,          )
                                      )  No.  CR-07-0298-CRB
12         Plaintiff,                 )
                                      )  UNITED STATES' PROPOSED
13    v.                              )  JURY INSTRUCTIONS
                                      )
14 FAWZI MAHMOUD SWALIM,              )  DATE: May 12, 2008
                                      )  TIME: 9:00 A.M.
15 _____Defendant._____ )

16         In addition to the Ninth Circuit Model Jury Instructions from the 2003 Manual (West

17 Group) listed by the Court in its Order for Pretrial Preparation for Criminal Jury Trials, the

18 United States respectfully requests that the Court include the following attached proposed

19 instructions in its charge to the jury.  The United States respectfully requests leave to supplement

20 with other instructions as may become appropriate during the course of the trial.  The proposed

21 jury instructions are submitted herewith.

22    I.      REQUESTED NINTH CIRCUIT MODEL JURY CRIMINAL INSTRUCTIONS

23    A.      Preliminary Instructions Before Opening Statements:

24            (1)    1.1 – Duty of Jury;

25            (2)    1.2 – The Charge - Presumption of Innocence;

26            (3)    1.3-1.4 – Evidence Limitations;

27            (4)    1.8 – Credibility of Witnesses;

28            (5)    1.9 – Conduct of the Jury;

*U.S.' Proposed Jury Instructions*
*Case No. 07-298-CRB*              -1-

1            (6)     1.10 – No Transcript Available to Jury.

2     B.    Instructions For Use During Trial:

3            (1)     2.1 - 2.2 – Bench Conferences and Recesses;

4            (2)     2.4 – Stipulations of Fact;

5            (3)     Transcript of Recording.

6     C.    Instructions At The End Of Case:

7            (1)     3.1 – Duty of Jury to Find Facts and Follow Law;

8            (2)     3.2 – Charges Against Defendant Not Evidence;

9            (3)     3.5 – Reasonable Doubt - Defined;

10            (4)     3.6 - 3.7 – Evidence;

11            (5)     3.12 – Separate Consideration Of Multiple Counts;

12            (6)     4.1 – Statement by Defendant;

13            (7)     4.3 – Other Crimes, Wrongs or Acts of the Defendant;

14            (8)     4.17 – Opinion Evidence, Expert Witness;

15            (9)     4.19 – Charts and Summaries in Evidence;

16            (10)   5.6 – Knowingly - Defined;

17            (11)   9.37 – Filing False Tax Return;

18            (12)   3.2 – Burden of Proof;

19            (13)   7.1 – Duty to Deliberate;

20            (14)   7.4 – Jury Consideration of Punishment;

21            (15)   7.5 – Verdict Form.

22     II.    <u>SPECIFIC OFFENSE INSTRUCTIONS PERTAINING TO THIS CASE</u>

23         If there is evidence the defendant had a good faith belief he was not violating the

24 provisions of the tax laws; the Court should add the following element to the government's

25 burden of proof: "Fourth, the defendant did not have a good faith belief that he was complying

26 with the provisions of the tax laws." <u>See</u> Comments to 9.37 Filing False Tax Return and 9.35

27 Income Tax Evasion.

28         In addition to the Ninth Circuit model instructions outlined above, the government

*U.S.' Proposed Jury Instructions*
*Case No. 07-298-CRB*       -2-

recommends the attached offense instructions.  They include:

1.    "On or about" - Explained

2.    Willfully - Defined

3.    Willfulness - Retroactivity And Prospectivity

4.    Opinion Evidence - Expert Witness

5.    Material - Defined

III.    <u>REQUEST TO SUPPLEMENT</u>

The government reserves the right to supplement these materials as necessary.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

By: <u>/s/Thomas M. Newman</u>
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered defendant's counsel on April 1, 2008:

Randy Sue Pollock
Attorney at Law
2831 Telegraph Avenue
Oakland, CA 94609

<u>/s/Thomas M. Newman</u>
THOMAS M. NEWMAN
Assistant United States Attorney

INSTRUCTION NO. _____

Ladies and gentlemen: You now are the jury in this case, and I want to take a few minutes to tell you something about your duties as jurors and to give you some instructions. These are preliminary instructions.  At the end of the trial I will give you more detailed instructions. Those instructions will control your deliberations.

You should not take anything I may say or do during the trial as indicating what I think of the evidence or what your verdict should be.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

This is a criminal case brought by the United States government. The government charges the defendant with filing a false income tax return for 2000, 2001, and 2002. The charges against the defendant are contained in the indictment. The indictment is simply the description of the charges made by the government against the defendant; it is not evidence of anything.

In order to help you follow the evidence, I will now give you a brief summary of the elements of the crimes which the government must prove to make its case: The government has charged the defendant with filing a false income tax return for 2000 through 2002. The government must prove that the defendant (1) signed a return or other document that was false as to a material matter, (2) the return contained a statement that the document was signed under penalties of perjury, (3) the defendant did not believe the return was to be true and correct as to every material matter, and (4) the defendant subscribed to the false return willfully. These instructions are preliminary and the instructions I will give at the end of the case will control.

The defendant has pleaded not guilty to the charges and is presumed innocent unless and until proved guilty beyond a reasonable doubt. A defendant has the right to remain silent and never has to prove innocence or present any evidence.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

The evidence you are to consider in deciding what the facts are consists of:

1.     the sworn testimony of any witness;

2.     the exhibits which are to be received into evidence; and

3.     any facts to which all the lawyers stipulate.

The following things are *not* evidence, and you must not consider them as evidence in deciding the facts of this case:

1.     statements and arguments of the attorneys;

2.     questions and objections of the attorneys;

3.     testimony that I instruct you to disregard; and

4.     anything you may see or hear when the court is not in session even if what you see or hear is done or said by one of the parties or by one of the witnesses.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe. You may believe everything a witness says, or part of it, or none of it.

In considering the testimony of any witness, you may take into account:

1.      the opportunity and ability of the witness to see or hear or know the things testified to;

2.      the witness's memory;

3.      the witness's manner while testifying;

4.      the witness's interest in the outcome of the case and any bias or prejudice;

5.      whether other evidence contradicted the witness's testimony;

6.      the reasonableness of the witness's testimony in light of all the evidence; and

7.      any other factors that bear on believability.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

I will now say a few words about your conduct as jurors.

Until the trial is over:

First, you are not to discuss this case with anyone, including your fellow jurors, members of your family, people involved in the trial, or anyone else, nor are you allowed to permit others to discuss the case with you. If anyone approaches you and tries to talk to you about the case, please let me know about it immediately;

Second, do not read any news stories or articles or listen to any radio or television reports about the case or about anyone who has anything to do with it;

Third, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials, and do not make any investigation about the case on your own;

Fourth, if you need to communicate with me simply give a signed note to the clerk to give to me; and

Fifth, do not make up your mind about what the verdict should be until after you have gone to the jury room to decide the case and you and your fellow jurors have discussed the evidence. Keep an open mind until then.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

*U.S.' Proposed Jury Instructions*
*Case No. 07-298-CRB*               -8-

INSTRUCTION NO. _____

At the end of the trial you will have to make your decision based on what you recall of the evidence. You will not have a written transcript of the trial.  I urge you to pay close attention to the testimony as it is given.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

We are about to take our first break during the trial and I want to remind you of the instruction I gave you earlier. Until the trial is over, you are not to discuss this case with anyone, including your fellow jurors, members of your family, people involved in the trial, or anyone else, nor are you allowed to permit others to discuss the case with you. If anyone approaches you and tries to talk to you about the case, please let me know about it immediately. Do not read or listen to any news reports of the trial. Finally, you are reminded to keep an open mind until all the evidence has been received and you have heard the arguments of counsel, the instructions of the court, and the views of your fellow jurors.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

From time to time during the trial, it may become necessary for me to talk with the attorneys out of the hearing of the jury, either by having a conference at the bench when the jury is present in the courtroom, or by calling a recess. Most often these conferences will involve determination as to whether evidence is admissible under the rules of evidence. It is appropriate to take these matters up outside the presence of the jury. Should I conclude that a more prolonged discussion is necessary, I may excuse you from the courtroom.

We will, of course, do what we can to keep the number and length of these conferences to a minimum. I may not always grant an attorney's request for a conference. Do not consider my granting or denying a request for a conference as any indication of my opinion of the case or of what your verdict should be.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

1

2

INSTRUCTION NO. _____

The parties have agreed to certain facts that have been stated to you. You should

therefore treat these facts as having been proved.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    GIVEN _____

27    NOT GIVEN _____

28    GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

Members of the jury, now that you have heard all the evidence, it is my duty to instruct you on the law which applies to this case.  A copy of these instructions will be available in the jury room for you to consult.

It is your duty to find the facts from all the evidence in the case. To those facts you will apply the law as I give it to you. You must follow the law as I give it to you whether you agree with it or not. And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy. That means that you must decide the case solely on the evidence before you. You will recall that you took an oath promising to do so at the beginning of the case.

In following my instructions, you must follow all of them and not single out some and ignore others; they are all equally important. You must not read into these instructions or into anything the court may have said or done any suggestion as to what verdict you should return—that is a matter entirely up to you.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

1

2

INSTRUCTION NO. _____

3
   The government has the burden of proving every element of the charge beyond a

reasonable doubt.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
GIVEN _____

27
NOT GIVEN _____

28
GIVEN AS MODIFIED _____

*U.S.' Proposed Jury Instructions*
*Case No. 07-298-CRB*                    -14-

1

INSTRUCTION NO. _____

2      Proof beyond a reasonable doubt is proof that leaves you firmly convinced that the

3  defendant is guilty.  It is not required that the government prove guilt beyond all possible doubt.

4      A reasonable doubt is a doubt based upon reason and common sense and is not based

5  purely on speculation.  It may arise from a careful and impartial consideration of all the

6  evidence, or from lack of evidence.

7      If after a careful and impartial consideration of all the evidence, you are not convinced

8  beyond a reasonable doubt that the defendant is guilty, it is your duty to find the defendant not

9  guilty.  On the other hand, if after a careful and impartial consideration of all the evidence, you

10  are convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find the

11  defendant guilty.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  GIVEN _____

27  NOT GIVEN _____

28  GIVEN AS MODIFIED _____

*U.S.' Proposed Jury Instructions*
*Case No. 07-298-CRB*                    -15-

INSTRUCTION NO. _____

The evidence from which you are to decide what the facts are consists of:

(1) the sworn testimony of any witness;

(2) the exhibits which have been received into evidence; and

(3) any facts to which all the lawyers have stipulated.

In reaching your verdict you may consider only the testimony and exhibits received into evidence. Certain things are not evidence and you may not consider them in deciding what the facts are. I will list them for you:

1. Arguments and statements by lawyers are not evidence. The lawyers are not witnesses. What they have said in their opening statements, [will say in their] closing arguments and at other times is intended to help you interpret the evidence, but it is not evidence. If the facts as you remember them differ from the way the lawyers state them, your memory of them controls.

2. Questions and objections by lawyers are not evidence. Attorneys have a duty to their clients to object when they believe a question is improper under the rules of evidence. You should not be influenced by the question, the objection, or the court's ruling on it.

3. Testimony that has been excluded or stricken, or that you have been instructed to disregard, is not evidence and must not be considered. In addition, some testimony and exhibits have been received only for a limited purpose; where I have given a limiting instruction, you must follow it.

4. Anything you may have seen or heard when the court was not in session is not evidence. You are to decide the case solely on the evidence received at the trial.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

*U.S.' Proposed Jury Instructions*
*Case No. 07-298-CRB*                    -16-

INSTRUCTION NO. _____

A separate crime is charged against the defendant in each count. You must decide each count separately. Your verdict on one count should not control your verdict on any other count.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

1

INSTRUCTION NO. _____

2          You have heard testimony that the defendant made a statement. It is for you to decide (1)

3   whether the defendant made the statement, and (2) if so, how much weight to give to it. In

4   making those decisions, you should consider all of the evidence about the statement, including

5   the circumstances under which the defendant may have made it.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   GIVEN _____

27   NOT GIVEN _____

28   GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

     You have heard evidence of other wrongs engaged in by the defendant. You may consider that evidence only as it bears on the defendant's *e.g.*, motive, opportunity, intent, preparation, plan, and absence of mistake and for no other purpose.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

You have heard testimony from persons who, because of education or experience, are permitted to state opinions and the reasons for their opinions.

Opinion testimony should be judged just like any other testimony. You may accept it or reject it, and give it as much weight as you think it deserves, considering the witness' education and experience, the reasons given for the opinion, and all the other evidence in the case.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

1

INSTRUCTION NO. _____

2

        Certain charts and summaries have been received into evidence.  Charts and summaries

3

are only as good as the underlying supporting material. You should, therefore, give them only

4

such weight as you think the underlying material deserves.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GIVEN _____

27

NOT GIVEN _____

28

GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

An act is done knowingly if the defendant is aware of the act and does not act through ignorance, mistake, or accident. The government is not required to prove that the defendant knew that his acts or omissions were unlawful. You may consider evidence of the defendant's words, acts, or omissions, along with all the other evidence, in deciding whether the defendant acted knowingly.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

The defendant is charged in Count one through three of the indictment with filing a false tax return in violation of Section 7206(1) of Title 26 of the United States Code. In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant made and signed a tax return for the years 2000, 2001, and 2002 that he knew contained false information as to a material matter;

Second, the return contained a written declaration that it was being signed subject to the penalties of perjury; and

Third, in filing the false tax return, the defendant acted willfully.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

The indictment is not evidence. The defendant has pleaded not guilty to the charge. The defendant is presumed to be innocent and does not have to testify or present any evidence to prove innocence. The government has the burden of proving every element of the charge beyond a reasonable doubt.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

When you begin your deliberations, you should elect one member of the jury as your foreperson. That person will preside over the deliberations and speak for you here in court.

You will then discuss the case with your fellow jurors to reach agreement if you can do so. Your verdict, whether guilty or not guilty, must be unanimous.

Each of you must decide the case for yourself, but you should do so only after you have considered all the evidence, discussed it fully with the other jurors, and listened to the views of your fellow jurors.

Do not be afraid to change your opinion if the discussion persuades you that you should. But do not come to a decision simply because other jurors think it is right.

It is important that you attempt to reach a unanimous verdict but, of course, only if each of you can do so after having made your own conscientious decision. Do not change an honest belief about the weight and effect of the evidence simply to reach a verdict.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

The punishment provided by law for this crime is for the court to decide. You may not consider punishment in deciding whether the government has proved its case against the defendant beyond a reasonable doubt.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

A verdict form has been prepared for you.  After you have reached unanimous agreement on a verdict, your foreperson will fill in the form that has been given to you, sign and date it and advise the Court that you are ready to return to the courtroom.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

**"ON OR ABOUT" -- EXPLAINED**

You will note the indictment charges that the offenses were committed "on or about" certain dates.

Although it is necessary for the government to prove beyond a reasonable doubt  that the offenses were committed on dates reasonably near the dates alleged in the indictment, it is not necessary for the government to prove that the offenses were committed precisely on the dates charged.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

1

INSTRUCTION NO. _____

2

**<u>WILLFULLY -- DEFINED</u>**

3        In order to sustain its burden of proof for the crime of making and subscribing false

4  federal tax returns in the indictment, the government must prove beyond a reasonable doubt that

5  the defendant acted "willfully".

6        An act is done "willfully" if done voluntarily and intentionally with the purpose of

7  avoiding a known legal duty.

8        Negligent conduct is not sufficient to constitute willfulness.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  GIVEN _____

27  NOT GIVEN _____

28  GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

**WILLFULNESS - RETROACTIVITY AND PROSPECTIVITY**

You are reminded that for each count in the indictment to determine guilt you are required to find that defendant's conduct was willful for the year charged in the indictment. However, if you find evidence that a defendant willfully made and subscribed to a false federal tax return in one year, you may consider this as evidence of his willfulness with respect to earlier or later years charged.

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____

INSTRUCTION NO. _____

## OPINION EVIDENCE--EXPERT WITNESS

The rules of evidence ordinarily do not permit witnesses to testify as to opinions or conclusions.  An exception to this rule exists as to those whom we call "expert witnesses." Witnesses who, by education and experience, have become expert in some art, science, profession, or calling, may state an opinion as to relevant and material matter, in which they profess to be expert, and may also state their reasons for the opinion.

You should consider each expert opinion received in evidence in this case, and give it such weight as you may think it deserves.  If you should decide that the opinion of an expert witness is not based upon sufficient education and experience, or if you should conclude that the reasons given in support of the opinion are not sound, or that the opinion is outweighed by other evidence, you may disregard the opinion entirely.

GIVEN _____

GIVEN AS MODIFIED _____

NOT GIVEN _____

INSTRUCTION NO. _____

## **MATERIAL – DEFINED**

A "material" matter is one that is likely to affect the calculation of tax due and payable, or to affect or influence the IRS in carrying out the functions committed to it by law, such as monitoring and verifying tax liability. A false item is also material if it has a natural tendency to influence or impede the IRS in ascertaining the correctness of the tax declared or in verifying or auditing the returns of the taxpayer.

**Source:** United States v. Fawaz, 881 F.2d 259, 264 (6th Cir. 1989); United States v. Greenberg, 735 F.2d 29, 31 (2d Cir. 1984).

GIVEN _____

NOT GIVEN _____

GIVEN AS MODIFIED _____