JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division
THOMAS NEWMAN
Assistant United States Attorney

  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-7017
  Fax:        (415) 436-6748

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0298-CRB |
| Plaintiff, ) | |
| v. ) | UNITED STATES' PROPOSED VOIR DIRE QUESTIONS |
| FAWZI MAHMOUD SWALIM, ) | |
| Defendant. ) | |

The United States requests that the following specific questions be asked of prospective jurors in addition to the Court's examination as described in the pretrial order, pursuant to Federal Rule of Criminal Procedure 24(a).

### I. Knowledge of Defendant

1. Do you know or have you heard of the defendant, Fawzi M. Swalim?

    a. If you know him, how long have you known him and in what capacity?

    b. If you have heard of him, what have you heard?

2. Do you know the defendant's attorney, Randy Sue Pollock?

3. Have you heard, read or seen any publicity about this case or the defendant or his family through the press, books, radio or television or otherwise? If so, from anything you have heard, seen or read, have you formed an opinion on the merits of the case? (If yes, please inquire at sidebar regarding the nature of the opinion and whether the prospective juror can set aside his or her opinion.)

## II. Knowledge of Law Enforcement Personnel

1. Have you ever been associated with or had any kind of experience with the United States Attorney's Office?

   a. If so, please describe that association or experience.

2. Do you know people who have had such associations or experiences?

   a. If so, what have they told you about their associations or experiences?

3. Do you know Maridehl Tablac of the Internal Revenue Service?

4. Do you know the attorney for the government, Thomas Newman, or any other person employed by the U.S. Attorney's Office?

## III. Prior Association with the Judicial System

1. Have you ever testified in a criminal case?

   a. If so, did you testify for the prosecution or for the defense?

   b. What kind of case was it?

2. Have you ever been charged with a criminal offense, other than minor traffic violations?

   a. If so, under what circumstances?

3. Have you or any of your relatives had any experience with any law enforcement officer or agency which could in any way make it difficult for you to be completely fair and impartial in weighing the evidence in this case?

   a. If so, what was that experience?

4. Do you belong to or support any organization concerned with the judicial system, criminal laws, or the criminal justice system?

///

U.S.' Proposed Voir Dire Questions
(No. CR-07-0298-CRB)                                    2

### IV. Experience with the Internal Revenue Service

1. Have you, any member of your family or close friends ever been audited by the Internal Revenue Service?

    a. If so, did that audit result in any collection action?

2. Have you, any member of your family or close friends ever been the subject of an Internal Revenue Service investigation or other investigation conducted by the government?

    a. If so, please describe the nature of the investigation and its outcome (at sidebar).

3. Have you, any member of your family or close friends ever been the subject of an Internal Revenue Service wage levy or lien to collect unpaid taxes?

4. Have you, any member of your family or close friends ever had a dispute with the Internal Revenue Service?

5. To jurors who responded affirmatively to questions 1, 2, 3, or 4:

    a. How long ago?

    b. Was the matter resolved to your satisfaction?

    c. Were you treated fairly by the government employees?

    d. As a result of that experience, do you hold any resentment toward the government, the IRS or any particular employee or employees of the government?

6. To jurors who responded that the matter was not resolved to their satisfaction or that they were unfairly and/or discourteously treated by the government,

    a. Would your feelings prevent you from listening to the government's case and giving a verdict based solely on the evidence presented?

7. Do you, any member of your family or close friends belong to an organization or group or association, that works for the abolition or revision of the tax laws of the United States?

8. Do you, any member of your family or close friends hold strong personal or philosophical feelings about the tax system of the United States?

    a. If so, what are those feelings?

1           b.     Would those feelings prevent you from reaching a fair and impartial verdict based only on the evidence in this case?

9.     Do you, any member of your family or close friends believe that the income tax laws of the United States are unconstitutional?

10.     This case involves allegations by the United States accusing the defendant, Fawzi Mahmoud Swalim, of willfully making and subscribing false individual federal income tax returns for the years 2000, 2001 and 2002. Do you have any objection to the law that requires individuals to make, sign and file income tax returns?

11.     Are you self employed?

12.     Do you prepare your own tax returns?

13.     Do you own or operate a small business?

14.     Do you receive assistance preparing your returns?

15.     Have you ever had any training in accounting?

16.     Do you or does any member of your family have a personal feeling of distrust, animosity or suspicion of the Internal Revenue Service, or the Department of Justice or its employees? If so, please describe these feelings.

17.     As a result of your dealings with the federal government, do you have any feelings about the federal government that would affect your views of this case?

18.     Do you understand that the Court will instruct you on the law but that you are the exclusive judges of the facts?

19.     Do you understand that as a juror you must accept and apply the law as it is explained to you by the court, even if you believe the law should be different?

20.     Do you have any moral, ethical or religious beliefs which you feel would make it difficult for you to sit as a juror in a criminal case? If so, please explain.

21.     Assuming the government met its burden of proof under the law, would you nevertheless have difficulty finding a person guilty because of your own particular personal beliefs or attitude about judging a fellow human being?

22. Assuming the government met its burden of proof under the law, would you nonetheless have difficulty in finding a person guilty because of reluctance to expose that person to any kind of punishment?

23. If selected as a juror, is there any reason why you could not give each side in this case a fair and impartial trial?

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


*/s/ Thomas M. Newman*
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division