| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **May 6, 2008**

Reporter: **James Yeomans**

Case No: **CR-07-0298-CRB**

AUSA: Thomas Newman
Interpreter: _____
USPO: _____

**FILED**

MAY - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFT: **FAWZI SWALIM**
(X)Present

DEF ATTY: Michael Stepanian/Randy Pollock

**REASON FOR HEARING** Change of Plea

**RESULT** defendant placed under oath enters a plea of guilty to count one of the indictment.

The Court accepts the plea and the defendant is adjudged guilty.

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** August 13, 2008 @ 2:15 p.m.  **for** Judgment and Sentence

**JUDGMENT**_____

_____

Notes:_____

_____