RANDY SUE POLLOCK
Attorney at Law (CSBN 64473)
2831 Telegraph Avenue
Oakland, CA 94609
San Francisco, CA 94109
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
FAWZI MAHMOUD SWALIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FAWZI MAHMOUD SWALIM,<br><br>    Defendant.<br>_____/ | CR. 07-0298-CRB<br><br>**STIPULATION TO CONTINUE DATE OF SENTENCE** |

   Defendant FAWZI MAHMOUD SWALIM by and through his counsel of record Randy Sue Pollock and Michael Stepanian, and Assistant U.S. Attorney Tom Newman, hereby stipulate and agree that the sentencing presently set for Wednesday, August 13, 2008, at 2:15 p.m. be continued until September 24, 2008 at 2:15 p.m.

   This continuance is necessary as defense counsel need additional time to determine the tax loss and to meet and confer with Mr. Swalim's tax attorney, Robert Goldstein, as well as with the Assistant United State Attorney.

///
///
///

1   United States Probation Officer Ann Searles has no objection to this continuance.

3   Date: July 1, 2008            /s/ Randy Sue Pollock
                                  RANDY SUE POLLOCK
4                                 Counsel for Defendant
                                  Fawzi Mahmoud Swalim

7   Date:  July 1, 2008           /s/ Tom Newman
                                  TOM NEWMAN
8                                 Assistant United States Attorney

10  SO ORDERED:

11  July 02, 2008
                                  _____
12                                CHARLES R. BREYER
                                  United States District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

2