**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0298 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| FAWZI SWALIM, | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the **time** for the hearing on sentencing currently on calendar for September 24, 2008 at 2:15 p.m **to 11:00 a.m. on September 24**, 2008 before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 10, 2008               FOR THE COURT,

                                        Richard W. Wieking, Clerk
                                        By: _____
                                            Barbara Espinoza
                                            Courtroom Deputy