RANDY SUE POLLOCK
Attorney at Law (CSBN 64473)
2831 Telegraph Avenue
Oakland, CA 94609
San Francisco, CA 94109
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
FAWZI MAHMOUD SWALIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FAWZI MAHMOUD SWALIM,<br><br>    Defendant.<br>_____/ | CR. 07-0298-CRB<br><br>**STIPULATION TO CONTINUE DATE OF SENTENCE** |

Defendant FAWZI MAHMOUD SWALIM by and through his counsel of record Randy Sue Pollock and Michael Stepanian, and Assistant U.S. Attorney Tom Newman, hereby stipulate and agree that the sentencing presently set for Wednesday, September 24, 2008 at 2:15 p.m. be continued until October 29, 2008, at 2:15 p.m. This continuance is necessary as Mr. Swalim needs to travel to Israel to see his mother who is in very poor health.

///
///
///
//

1   United States Probation Officer Ann Searles has spoken to Mr. Swalim about his
2   mother's condition and she has no objection to this continuance. Mr. Swalim has been
3   very cooperative with her during the presentence investigation.

Date:   September 16, 2008          /s/ Randy Sue Pollock
                                    RANDY SUE POLLOCK
                                    Counsel for Defendant
                                    Fawzi Mahmoud Swalim


Date:   September 16, 2008          /s/ Tom Newman
                                    TOM NEWMAN
                                    Assistant United States Attorney


SO ORDERED:

September____, 2008                 _____
                                    CHARLES R. BREYER
                                    United States District Court Judge