| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
|   | Attorney at Law (CSBN 64473) |
| 2 | 2831 Telegraph Avenue |
|   | Oakland, CA 94609 |
| 3 | San Francisco, CA 94109 |
|   | Telephone: (510) 763-9967 |
| 4 | Facsimile: (510) 272-0711 |
| 5 | Attorney for Defendant |
|   | FAWZI MAHMOUD SWALIM |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. 07-0298-CRB |
| vs. | **STIPULATION TO CONTINUE DATE OF SENTENCE** |
| FAWZI MAHMOUD SWALIM, | |
| Defendant. | |

Defendant FAWZI MAHMOUD SWALIM by and through his counsel of record Randy Sue Pollock and Michael Stepanian, and Assistant U.S. Attorney Tom Newman, hereby stipulate and agree that the sentencing presently set for Wednesday, September 24, 2008 at 2:15 p.m. be continued until ~~October 29,~~ **November 05,** 2008, at 2:15 p.m. This continuance is necessary as Mr. Swalim needs to travel to Israel to see his mother who is in very poor health.

///

///

///

//

1    United States Probation Officer Ann Searles has spoken to Mr. Swalim about his
2 mother's condition and she has no objection to this continuance.  Mr. Swalim has been
3 very cooperative with her during the presentence investigation.

5 Date:    September 16, 2008                  /s/ Randy Sue Pollock
                                               RANDY SUE POLLOCK
6                                              Counsel for Defendant
                                               Fawzi Mahmoud Swalim

9 Date:    September 16, 2008                  /s/ Tom Newman
                                               TOM NEWMAN
10                                             Assistant United States Attorney

12 SO ORDERED:
13 September  17 , 2008



CHARLES R. BREYER
United States District Judge

2